# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL CASE NO. 1:04cv96

| | |
|---|---|
| LAMAR SHAW, )<br>)<br>Petitioner, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>_____ ) | **JUDGMENT** |

For the reasons stated in the Order filed herewith,

**IT IS ORDERED, ADJUDGED AND DECREED** that the Petitioner's motion pursuant to 28 U.S.C. §2255 is hereby **DISMISSED WITH PREJUDICE**.

Signed: April 17, 2006

*/s/ Lacy H. Thornburg*

Lacy H. Thornburg
United States District Judge

t