

|          |                                              |
|----------|----------------------------------------------|
| **To:**  | The Honorable Martin Reidinger               |
|          | U.S. District Court Judge                    |
| **From:**| Jenny L. Whiteside                           |
|          | U.S. Probation Officer                       |
| **Subject:** | **Lamar Eugene Shaw**                    |
|          | Case Number: 0419 1:00CR00013- 001           |
|          | **OUT-OF-COUNTRY TRAVEL**                    |
| **Date:**| June 1, 2015                                 |

**NORTH CAROLINA WESTERN MEMORANDUM**

---

This is in reference to the above named offender, sentenced on 6/6/2001, regarding a conviction for Conspiracy to Possess with Intent to Distribute Cocaine, a Schedule II controlled substance in violation of 21 U.S.C. § 846. Mr. Shaw was sentenced to 188 months imprisonment and a term of three (3) years supervised release by The Honorable Lacy H. Thornburg, U.S. District Court Judge. He was also ordered to pay a $100 assessment which has been paid in full.

Mr. Shaw has been supervised by the Northern District of Georgia (NDGA) since his release on 6/4/2013. The NDGA is respectfully requesting that Mr. Shaw be granted permission to travel to Punta Cana, Dominican Republic, to marry his fiancé, Chay Lytle. He would depart on 6/8/2015 and return on 6/15/2015.

The NDGA reports that Mr. Shaw has maintained a stable residence with his grandmother, who recently passed, and has maintained stable employment. The NDGA reports Mr. Shaw has been compliant with the conditions of supervised release with the exception of testing positive for cocaine on 11/20/2014 and failing to report for a urinalysis on 1/15/2015. Mr. Shaw was placed on the Code-a-Phone drug testing system after the positive drug screen and has submitted to 18 urine screens which all have been negative for illegal substances.

It is the recommendation of United States Probation Officer Jeffery Caldwell of the Northern District of Georgia, that Mr. Shaw be allowed to travel to the Dominican Republic from 6/8/2015 to 6/15/2015.

Thank you for your time and attention to this matter. Please contact me at 828-771-7346, should Your Honor have any questions.

---

THE COURT ORDERS:

☒ Permission to Travel Approved
☐ Permission to Travel Denied
☐ Other

Signed: June 1, 2015

Martin Reidinger
United States District Judge