# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:00-cr-00013-MR-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| **LAMAR SHAW,** | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court upon the Defendant's Motion to Terminate Supervised Release [Doc. 99]. Neither counsel for the Government nor the Defendant's supervising probation officer opposes the Defendant's request.

Upon review of the Defendant's motion, and in light of the lack of opposition by the Government and the Defendant's supervising probation officer, the Court is satisfied that the early termination of the Defendant's supervised release is warranted by the Defendant's conduct and is in the interest of justice. See 18 U.S.C. § 3583(e)(1).

Accordingly, **IT IS, THEREFORE, ORDERED** that the Defendant's motion [Doc. 99] is **GRANTED**, and the Defendant's term of supervised release is hereby terminated.

The Clerk of Court is directed to provide copies of this Order to the Defendant, counsel for the Government, and United States Probation Officer Jeffery Caldwell of the United States Probation Office for the Northern District of Georgia.

**IT IS SO ORDERED.**

Signed: October 9, 2015

Martin Reidinger
United States District Judge